**Order entered November 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00704-CV

### IN THE ESTATE OF JOHN M. LITTLE, JR., DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-03606-1**

## ORDER

Before the Court is appellant's November 27, 2018 unopposed motion for an extension of

time to file a reply brief. We **GRANT** the motion and extend the time to January 16, 2019.

/s/    ADA BROWN
       JUSTICE